

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00255-CR

Charles **BORTON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC7029
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

The Appellant's First Motion for Extension of Time to File Reply Brief is hereby GRANTED. The appellant's reply brief is due on or before January 23, 2023.

It is so **ORDERED** on January 11, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT